UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-02986-SPG-SSC | Date | July 1, 2025 |
|---|---|---|---|
| Title | ARTYOM AKULYAN v. MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez<br>Deputy Clerk | Not Reported<br>Court Reporter / Recorder |
| Attorneys Present for Plaintiff:<br>Not Present | Attorneys Present for Defendants:<br>Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE SECOND MOTION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, LOS ANGELES [ECF NO. 16]

Before the Court is the Second Motion to Remand to the Superior Court of California, Los Angeles (ECF No. 16 ("Motion")) filed by Plaintiff Artyom Akulyan ("Plaintiff"). Having considered the parties' submissions, the relevant law, and the record in this case, the Court finds this matter suitable for resolution without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. The court DENIES without prejudice the Motion.

Central District of California Local Rule 7-3 and the Court's Standing Order requires that counsel for the moving party must meet-and-confer at least seven (7) days prior to filing a motion with counsel for the non-moving party regarding "the substance of the contemplated motion and any potential resolution." C.D. Cal. L.R. 7-3. When filing a motion, counsel for the moving party "must include a declaration, under penalty of perjury, that sets forth, at a minimum, the date(s) the conference took place and the position of each party with respect to each disputed issue that will be the subject of the motion." *Id.* The Court's Standing Order requires that the parties must meet and confer in person or through videoconference. (ECF No. 10 ("Standing Order")). "Failure to include such a declaration may result in the motion being denied." C.D. Cal. L.R. 7-3.

Here, Plaintiff's counsel has not supported the Motion with a declaration containing a statement of conferral as required by Local Rule 7-3. The Court already struck Plaintiff's First Motion to Remand Case to Burbank Courthouse (ECF No. 13) for, among other deficiencies, failing to include a statement of conferral, as is required by the Local Rules and the Court's Standing Order. (ECF No. 15 ("Order re Deficiency")). "The Court strictly enforces Local Rule 7-3." (Standing Order at 10). In light of Plaintiff's counsel's failure to support the Motion with a statement of conferral, and the Court's previous order striking Plaintiff's first Motion to Remand, the Court hereby DENIES without prejudice the Motion at ECF No. 16.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02986-SPG-SSC | Date | July 1, 2025 |
| Title | ARTYOM AKULYAN v. MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive | | |

    Plaintiff may file a new motion to remand within fourteen (14) calendar days of the entry of this Order, curing the deficiencies identified in this Order. If Plaintiff files a third motion to remand that fails to include a statement of conferral as required by Local Rule 7-3 and the Court's Standing Order, the Court may deny the motion with prejudice or impose other sanctions.

    **IT IS SO ORDERED.**

 

_____ : _____

Initials of Preparer    pg